THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARLAND LATTA, Appellant.— Appeal ordered submitted at present term of court. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

BERNARD ROSE and Another, Appellants, v. HENRY STEHLER and Another, Respondents.— Appeal dismissed, unless appellants shall be ready for argument at the opening of the November term. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

ALVAH F. STAHL, Respondent, v. ZELTER REALTY CORPORATION and Others, Appellants.— Appeal dismissed, unless appellants shall be ready for argument at the opening of the November term. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

THOMAS H. BRADLEY, Respondent, v. CENTRAL CITIES BUILDINGS, INCORPORATED, and Others, Appellants.— Appeal dismissed, unless submitted at present term of court. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

JEAN BUECHEL, Respondent, v. JOSEPH BUECHEL, Appellant.— Motion to dismiss appeal denied. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

ROSE B. JONES, Respondent, v. HARLEY HUBBELL JONES, Appellant.— Appeal dismissed, unless appellant shall file and serve the printed papers and printed briefs on appeal by November third. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Elimination under Chapter 233, Laws of 1926, of the Highway Grade Crossings of Greshue Avenue (Buffalo Street), Hanford Road and Malloys Road and the Railroads Operated by the New York, Chicago and St. Louis Railroad Company, the Buffalo and Erie Railway Company, and the Pennsylvania Railroad Company, in the Town of Hanover, Chautauqua County. — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

STANDARD ACCIDENT INSURANCE COMPANY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal from order entered June 7, 1927, dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SARAH A. EVANS, an Infant, etc., Respondent, v. FIFTY CENT CAB COMPANY, INCORPORATED, Appellant.— Appeal dismissed, unless appellant shall furnish new surety bond on appeal, pay to respondent's attorney ten dollars, and be ready to argue the appeal at the opening of the November term. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.